EXHIBIT B

# S. MELIA CONSULTING, LLC

P.O. Box 93363, Southlake, TX 76092
479-644-4120 ● s.meliaconsulting@gmail.com ● www.meliaconsulting.com

## Professional Experience

**Gateway Church - Southlake, Texas, October 2015 – Present**
Executive Director, Safety Services August 2017 – Current
Responsible for the safety and security at all Gateway Church locations and facilities to include The Kings University located in Southlake, Texas. Responsible for the development of policy and procedures related to creating a safe and secure environment for members and guest to worship and serve at Gateway Church. Responsible for developing the volunteer medical and security teams who support the campus locations during weekend services and special events.

Director, Safety Services October 2015- August 2017
Responsible for all safety and security initiatives at Gateway Church based in Southlake, Texas. The church consists of multiple campus locations across the Dallas/Fort Worth area.

**Walmart Stores, Inc., Bentonville, Arkansas, 1984-2015**
Senior Director Asset Protection, Safety and Compliance - Sam's Club 2010- 2015
Directed corporate asset protection initiatives for Sam's Clubs located in Western Division of United States. Prepared budgets and delivered financial results in loss reduction, accident cost mitigation and regulatory compliance. Led a team of 4 field based regional directors and 21 market asset protection managers that provided safety and security support to their respective markets.

Regional Director of Asset Protection, Safety and Compliance - Sam's Club 2003-2010
Responsible for 113 Sam's Clubs, with 11 direct reports. Led initiatives including shrinkage reduction, accident prevention, food safety and compliance, as well as additional asset protection functions to ensure clubs operated at safe and profitable level.

Director of Security and Alarm Services - Walmart Stores, Inc., 2001-2003
Directed initiatives for alarm division of UL certified 24-hour central station and 120 field technicians, who installed and serviced alarm systems for locations throughout the United States. Created budgets, managed P&L statements and procured CCTV and alarm equipment.

Security Services Director, Walmart Stores, Inc., 1998-2001
Implemented corporate security initiatives, procedures, training material for CCTV, and parking lot patrol security measures. Worked closely with legal department on discovery for premise liability lawsuits and served as corporate representative at depositions and trials. Consulted with internal real estate department to evaluate and implement security measures for new Walmart and Sam's locations.

Regional Loss Prevention Director, Walmart Stores, Inc., 1995-1998
Directed loss prevention initiatives and accident reduction for a region of stores in Northeast U.S. Led and developed talent for 12 market level direct reports. Developed training initiatives for market and store associates on reduction of shrinkage and accidents

Texas DPS License #C04076701

CASTRO, Nancy 000411

# S. MELIA CONSULTING, LLC

P.O. Box 93363, Southlake, TX 76092

479-644-4120 ● s.meliaconsulting@gmail.com ● www.meliaconsulting.com

**Career Contributions to Security and Safety Initiatives**

SECURITY:

Stephen Melia conducted hundreds of investigations related to criminal activity such as internal theft, embezzlement and external theft which led to criminal charges being filed, prosecution and recovery of assets.

- Attended first coalition meeting to address Organized Retail Crime (ORC) impacting multiple retailers with directors of security from Walmart, Target, Kmart, and Venture stores
- Implementation of security measures at club level to mitigate the theft of tobacco products in Houston, TX
- Identified and contracted third party company to install protective laminate on front doors to prevent jewelry and electronics burglaries in San Antonio, TX
- Assessment of Puerto Rico asset protection structure to effectively allocate the security resources
- Parking lot patrol creation and implementation of corporate training manual for stores
- Designed security measures for data center and David Glass technology building in Bentonville, AR
- Evaluation and enhancement of alarm technician position to support CCTV initiatives and reduce cost of third party services
- Implementation of CAP index to assess current store locations and worked closely with real estate on new site survey and design of security systems
- Organized an active shooter training drill with local law enforcement for enhanced preparedness procedures

SAFETY AND COMPLIANCE:

Mr. Melia conducted regular visits to retail stores and wholesale clubs to inspect procedures related to safety standards that included slip/fall prevention, falling merchandise, OSHA compliance, accident reviews and employee safety practices to mitigate risk for customers and employees.  The findings resulted in determination of root causes of risk with the expectation of corrective measures taken at store and club level by the leadership team.  Stephen frequently met with store safety teams to review accident trends and provide solutions on reducing same or similar risks in the future.

- Development and implementation of asset protection manager position for Sam's Club
- Oversight related to civil unrest, including initiatives to ensure protection of associates and property
- Created corporate response procedures to post September 11, 2001 bomb threat protocol and physical security assessment of corporate offices
- Creation of holiday safety and security guidelines to inform employees of personal safety
- Directed emergency command centers in the gulf coast region during hurricane seasons to ensure safe evacuation of staff, protection of property, and community support of supply needs during recovery effort

Texas DPS License #C04076701

# S. MELIA CONSULTING, LLC

P.O. Box 93363, Southlake, TX 76092

479-644-4120 ● s.meliaconsulting@gmail.com ● www.meliaconsulting.com

## Certifications

Texas Private Security Certification Level III & Level IV
Texas DPS Private Security Manager, Private Investigator, Security Consultant
American Heart Association Basic Life Safety and First Aid Certification
Occupational Safety and Health Administration Certification, 2009
Wicklander-Zulawski Interview and Interrogation Techniques

## Professional Development

Dale Carnegie
Walton Institute of Retailing I and II
Advanced Leadership
Management Development Seminar
Leadership Foundation
Lead First
Situational Leadership

## Affiliations

Member American Society of Industrial Security - North Texas Chapter
Loss Prevention Foundation
Loss Prevention Research Council (Served on Board of Advisors from 2007-2009)

Texas DPS License #C04076701

CASTRO, Nancy 000413