IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NANCY CASTRO,<br>    *Plaintiff*,<br><br>VS.<br><br>WAL-MART INC.; CINTAS<br>CORPORATION NO 2 D/B/A CINTAS<br>CORPORATION; WAL-MART STORES<br>TEXAS, LLC; AND WAL-MART REAL<br>ESTATE BUSINESS TRUST<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:21-cv-00702<br><br><br><br><br><br><br><br>Jury Requested |

## ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFF'S EXPERT WITNESS STEPHEN MELIA

CAME ON TO BE HEARD Defendants' Motion to Exclude the Opinions of Plaintiff's Expert Witness Stephen Melia, and the Court having considered said Motion, and any response(s) thereto, finds that it should be, and is therefore, GRANTED.

IT IS THEREFORE ORDERED that the opinions of Stephen Melia are stricken from this matter and Stephen Melia is excluded from offering any evidence at the trial of this matter.

SIGNED this _____ day of _____, 20____.


_____
JUDGE PRESIDING

COPIES TO:

Jaime A. Saenz
Email:ja.saenz@rcclaw.com
Elizabeth Ferguson Herrera
Email: e.herrera@rcclaw.com
COLVIN, SAENZ, RODRIGUEZ & KENNAMER, LLP
1201 East Van Buren Street
Brownsville, TX 78520
Telephone: 956-542-7441
Fax: 956-541-2170

Jason F. DeSouza
Email: jason@jfdlawfirm.com
Robert B. Evans, III
Email: robby@jfdlawfirm.com
Lucas W. Williams
Email: lucas@jfdlawfirm.com
DESOUZA LAW, PC
3201 Cherry Ridge Dr., Ste. C-300
San Antonio, Texas 78230
(210) 714-4215
(210) 496-0060 Fax

Larry D. Warren
Email: lwarren@namanhowell.com
Evan F. Patterson
Email: epatterson@namanhowell.com
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Ste. 600
San Antonio, Texas 78216
(210) 731-6350
(210) 785-2950 Fax